_____

No. 95-4230
_____

United States of America,        *
                                  *
            Appellee,             *
                                  *  Appeal from the United States
      v.                          *  District Court for the
                                  *  District of Nebraska.
Joseph L. Hill,                   *
                                  *       [UNPUBLISHED]
            Appellant.            *

_____

            Submitted:  September 25, 1996

                Filed:  October 3, 1996
_____

Before MAGILL, BEAM, and MURPHY, Circuit Judges.

_____

PER CURIAM.


     Joseph L. Hill appeals the 130-month sentence imposed by the district
court's[1] after he pleaded guilty to possessing cocaine base with intent to
distribute, in violation of 21 U.S.C. § 841(a)(1).  Counsel filed a brief
pursuant to Anders v. California, 386 U.S. 738 (1967), and was granted
leave to withdraw.  Hill was given an opportunity to file a supplemental
brief, but did not do so.  We affirm.


     In her Anders brief, counsel suggests only that the district court
erred in denying Hill's motion to suppress evidence seized in conjunction
with the stop and search of his vehicle.  We conclude


_____

     [1]The Honorable Richard G. Kopf, United States District Judge
for the District of Nebraska.

this argument is not properly before us because, by entering an unconditional guilty plea, Hill waived any claim that the stop and search violated the Fourth Amendment. See United States v. Jennings, 12 F.3d 836, 839 (8th Cir. 1994) (citing Fed. R. Crim. P. 11(a)(2)).

Having carefully reviewed the record, we have found no other nonfrivolous issue for appeal. See Penson v. Ohio, 488 U.S. 75, 80 (1988).

Accordingly, the judgment of the district court is affirmed.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.